FILED 03 MAR '25 10:23 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland DIVISION

Bernard Johnson

*(Enter full name of plaintiff)*

Plaintiff,

v.

multnomah county Sheriff's office

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 3:25-cv-371 HZ
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded
☐ Yes    ☐ No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**

Name: Bernard Johnson
Street Address: 1128 NW 104 St
City, State & Zip Code: Miami, FL 33150
Telephone No.: 754-610-5119

Complaint for Violation of Civil Rights (Prisoner Complaint)    1
[Rev. 01/2018]

**Defendant No. 1**   Name: Multnomah County
Street Address: 1120 SW 3rd Ave
City, State & Zip Code: Portland, Or 97204
Telephone No.: 503 988 3689

**Defendant No. 2**   Name: Sgt. Dalaska
Street Address: 1120 SW 3rd Ave
City, State & Zip Code: Portland, Or 97204
Telephone No.: 503 988 3689

**Defendant No. 3**   Name: Sgt. Sacriroc
Street Address: 1120 SW 3rd Ave
City, State & Zip Code: Portland, Or 97204
Telephone No.: 503 988 3689

**Defendant No. 4**   Name: Sgt. Kienle
Street Address: 1120 SW 3rd Ave
City, State & Zip Code: Portland, Or 97204
Telephone No.: 503 988 3689

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

_____
_____
_____

### III. STATEMENT OF CLAIMS

#### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Sgt. Sacrivoc said repeated negative sexual comments about my body when I said I wanted to filed a PREA they laughed three days later I was spray with a can of gas and Sgt. balaska them didnt let me shower for 3 days. then Sgt. kienle came to my cell and told me mr Johnson are you tryin to get my team in trouble, She and her officer they came in my cell beaten me kickin out one of my teeth they injury my right elbow they tried to brake 6 times 1-1-3- 11-20 of 2004 I have xrays done, I have officers statements who was not down with it

#### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Sgt. balaska spray me and did not let me shower for 3 days, sgt. kienle told me what was going to

happen if I dont do what they said she give the orders for team to do what they did to me and sgt. sacrivoc told me if I dont listen I wood feel he told me he ran this jail we can beat you and know one is going to stop them!

### Claim III

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

my tooth right side got kick out, they tryed to brake my right arm by puttin me in a arm-bar sgt. sacrivoc gived sgt Kenle them the order because she said so.

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

### Claim III

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

I was in pain for four months I am still in pain my teeth is missing I had to get it tooking out I am still taking pain meds because of all this that these officers done to me

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

## Claim III

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

They played with my food and they wouldn't feed me sometime Sgt kienke

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

Complaint for Violation of Civil Rights (Prisoner Complaint)    4
[Rev. 01/2018]

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☒ Yes        ☐ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

I just want to get paid for my pain and suffeing $500,000 they injury me bad

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __8__ day of __2 3__, 20__25__


*(Signature of Plaintiff)*

Bernard Johnson
843589
11540 NE Inverness Drive
Portland, OR 97220

Portland Divisional Office
Mark O. Hatfield U.S. Courthouse
1000 S.W. Third Ave. Suite 740
Portland, OR 97204-2902



FIRST-CLASS US POSTAGE PITNEY BOWES
ZIP 97230
02 7H
0006121596    $ 000.97⁰    FEB 28 2025